DANIEL G. BOGDEN
United States Attorney
CHRISTINA M. BROWN
Assistant United States Attorney
333 Las Vegas Blvd South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-CR-289-RCJ-LRL |
| Plaintiff, | |
| VS | GOVERNMENT'S MOTION TO QUASH ARREST WARRANT AND ASSIGN DATE FOR INITIAL APPEARANCE |
| CARLOS EZETA, | |
| Defendant. | |

The United States of America, by and through Daniel G. Bogden, United States Attorney, and Christina Brown, Assistant United States Attorney, hereby moves this Court to quash the arrest warrant issued for the defendant on August 19, 2011, at the time scheduled for his initial appearance. The United States offers the following grounds for this request:

1. On August 3, 2011, a federal grand jury empaneled in Las Vegas, Nevada, returned an indictment charging defendant with four counts of financial aid fraud in violation of 20 U.S.C. § 1097(a).

2. The United States requested that a summons be issued for the defendant's initial appearance.

3. A summons was issued for the defendant's initial appearance, but the summons had not been served on the defendant to appear. Thus, the defendant did not have notice that he was to appear in court on August 19, 2011.

4.  The United States was not aware that the defendant had not been served with the summons when it requested the arrest warrant for the defendant on August 19, 2011.

5.  WHEREFORE, the United States moves the Court to enter an Order quashing the arrest warrant and to issue a summons for the defendant to appear at an initial appearance to be scheduled by this Court.

Respectfully submitted this 22nd day of August 2011.

DANIEL G. BOGDEN
United States Attorney

/s/Christina M. Brown
Christina M. Brown
Assistant United States Attorney

**The arrest warrant issued on August 19, 2011 is hereby quashed.  A summons shall issue for the defendant to appear at an initial appearance and arraignment and plea on THURSDAY, SEPTEMBER 1, 2011, at 3:00p.m., in Courtroom 3C.**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: August 23, 2011