1   RENE L. VALLADARES
     Federal Public Defender
2   State Bar No. 11479
     RAQUEL LAZO
3   Assistant Federal Public Defender
     411 E. Bonneville, Ste. 250
4   Las Vegas, Nevada 89101
     (702) 388-6577
5   (Fax) 388-6261

6   Attorney for CARLOS JAVIER EZETA

7

8                 UNITED STATES DISTRICT COURT

9                    DISTRICT OF NEVADA

10

11   UNITED STATES OF AMERICA,        2:11-cr-289-RCJ-VCF

12                Plaintiff,

13   vs.                       **UNOPPOSED MOTION TO MODIFY**
                                 **CONDITIONS TO PERMIT TRAVEL**
14   CARLOS JAVIER EZETA,         **OUTSIDE OF THE CONTINENTAL**
                                    **UNITED STATES**
15               Defendant.        **(Expedited Treatment Request)**

16

17        COMES NOW the defendant, CARLOS JAVIER EZETA, and hereby files this Motion to

18   Modify Conditions to Permit Travel Outside of the Continental United States.

19        DATED this 28th  day of February, 2012.

20                                  RENE L. VALLADARES
                                     Federal Public Defender
21

22                                  */s/ Raquel Lazo*
                     By_____
23                                 RAQUEL LAZO,
                                 Assistant Federal Public Defender

24

25

26

27

28

                                      1

**POINTS AND AUTHORITIES**

1.     On September 9, 2011, Mr. Ezeta was released on PR Bond with conditions and no supervision by pretrial services.  He was ordered to surrender his passport to pretrial services and his travel was limited to the continental United States.

2.     Mr. Ezeta seeks permission to travel to Mexico City, Mexico, from March 13 to March 18, 2012.  Mr. Ezeta was invited to attend an International Cultural Seminar by the Secretary of Foreign Relations.  See Exhibit A (SRE letter).  The seminar is by invitation only and only 35 people are selected from thousands.  Mr. Ezeta has already filled out the application to attend.  See Exhibit B (SRE application).

3.     The seminar is especially important given Mr. Ezeta's service on national, state, and local boards that promote education and cultural affairs.

4.     Government has no opposition to Defendant's request.

DATED this the 28th day of February, 2012.

RENE L. VALLADARES
Federal Public Defender

*/s/ Raquel Lazo*
By_____
RAQUEL LAZO,
Assistant Federal Public Defender

1                  UNITED STATES DISTRICT COURT

2                     DISTRICT OF NEVADA

3

4   UNITED STATES OF AMERICA,          2:11-cr-289-RCJ-VCF

5           Plaintiff,

6                        ~~PROPOSED~~ ORDER

   vs.

7   CARLOS JAVIER EZETA,

8          Defendant.

9

10      IT IS HEREBY ORDERED that Defendant Carlos Ezeta, is permitted to travel out of the

11  Continental United States from March 13 to March 18, 2012.

12      IT IS ALSO ORDERED that the Pretrial Services Department is to return Mr. Ezeta's

13  passport to him to allow for this travel.

14      IT IS FURTHER ORDERED that before 4:00 p.m. on March 19, 2012, Mr. Ezeta
    shall deliver his passport back to the custody of the Pretrial Services Department.

15      Dated: 3-2-2012

16                              _____

17                           CAM FERENBACH
                           UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A



Sr. Carlos Javier Ezeta

Me permito invitarlo y hacer de su conocimiento que, este Instituto en colaboración con el *Consejo Nacional para la Cultura y las Artes* (CONACULTA), llevará a cabo del **14 al 17 de marzo próximo,** la **91º Jornada Informativa del IME:** *Promotores Culturales.*

Dicha Jornada tiene como objeto fortalecer la promoción y difusión de la oferta institucional en el campo de la cultura, de manera especial los programas destinados a los **connacionales** que viven en la **Unión Americana.**

En este sentido, se agradecerá realizar las gestiones necesarias a fin de que la Jornada cuente con la debida difusión y promoción. En archivo adjunto, se envía la convocatoria, la cual incluye información detallada sobre la organización de este evento y las modalidades de participación. Asimismo, se remite el formato de registro de los participantes.

La fecha límite para que los Consulados envíen al IME la documentación completa de sus candidatos es el miércoles **2 de marzo del presente año**. El consulado deberá remitir los formatos requisitos con la fotografía del participante por correo electrónico y un perfil biográfico con extensión de máximo media cuartilla, redactado en idioma español.

Atentamente,

Javier Díaz de León
Director General IME

AP/DZ

# EXHIBIT  B

  

## 91° *JORNADA INFORMATIVA DEL IME: PROMOTORES CULTURALES*
### *México ,D.F.,  del 14  al 17  de marzo  de 2012*

### INSCRIPCIÓN DEL PARTICIPANTE

- **DATOS IDENTIIFICACIÓN**
  *Por favor sólo anote los datos que correspondan al caso*

1. NOMBRE: __**CARLOS JAVIER**__

2. APELLIDOS: __**EZETA BENAVIDES**__

3. FECHA DE NACIMIENTO: **3   DE   ENERO   DE   1966**

4. DOMICILIO: ___**7777  SOUTH  JONES BLVD**___
    (CALLE, AVENIDA, CARRETERA, CAMINO)

__**#1198**__            _____
NÚMERO EXTERIOR        NÚMERO INTERIOR

**LAS VEGAS**                **NEVADA**
CIUDAD                        ESTADO

**89139**
CÓDIGO POSTAL/ZIP CODE

5. TELÉFONO PARTICULAR: _____702-423-3838_____

6. TELÉFONO OFICINA: _____702-651-5930_____

7. FAX: _____702651-5534_____

8. CORREO ELECTRÓNICO: __CARLOS.EZETA@CSN.EDU__

9. NOMBRE DE LA ORGANIZACIÓN A LA QUE PERTENECE:

*Si pertenece a más de una organización por favor también anote sus datos*

COMISIONADO DEL MUSEO AMERICANO LATINO EN WASHINGTON D.C.
http://www.americanlatinomuseum.gov/

PRESIDENTE DE LA CASA DE LA CULTURAL LATINOAMERICANA EN LAS VEGAS
ASESOR EDUCATIVO Y CULTURAL DE LA COALICION DE FEDERACIONES
MEXICANAS EN NEVADA.

10. CARGO EN LA ORGANIZACIÓN A LA QUE PERTENECE:
*COMISIONADO NACIONAL* DEL MUSEO AMERICANO LATINO EN WASHINGTON DC
*PRESIDENTE* DE LA CASA DE LA CULTURA HISPANOAMERICANA EN LAS VEGAS
*ASESOR CULTURAL* DE LA COALICION DE FEDERACIONES MEXICANAS EN NV

11. PÁGINA WEB DE LA ORGANIZACIÓN:
http://www.americanlatinomuseum.gov/

12. SEMBLANZA BIOGRÁFICA DEL PARTICIPANTE (CARGOS ANTERIORES,
LABORES A FAVOR DE LA COMUNIDAD, RECONOCIMIENTOS RECIBIDOS:

POR FAVOR VER DOCUMENTO ADJUNTO

13. CUALES CONSIDERA QUE SON LAS CARACTERISTICAS QUE LO HACEN
CANDIDATO (A) POTENCIAL PARA PARTICIPAR EN LA JORNADA?
HE SIDO MIEMBRO DE LA COMISION FEDERAL PARA CREACION DEL MUSEO
LATINO AMERICAN EN WASHINGTO D.C., TAMBIEN SOY PRESIDENTE DE LA
PRIMERA CASA HISPANOAMERICANA EN EL SUR DE NEVADA, Y MAS RECIENTE
SOY ASESOR EDUCATIVO Y CULTURAL DE MAS DE 23 FEDERACIONES
MEXICANAS EN EL SUR DE NEVADA.

**FECHAS**   14-02-2012
**(DD/MM/AA)**

  

## LA SECRETARÍA DE RELACIONES EXTERIORES (SRE) A TRAVÉS DEL INSTITUTO DE LOS MEXICANOS EN EL EXTERIOR (IME) Y EL CONSEJO NACIONAL PARA LA CULTURA Y LAS ARTES (CONACULTA)

### Convocan

A los Consulados de México en Estados Unidos y Canadá a presentar candidaturas de promotores culturales, propietarios de galerías, directivos y funcionarios de instituciones culturales (casas de cultura, bibliotecas, institutos culturales, museos, teatros, etc.); miembros de centros y fundaciones culturales, así como funcionarios públicos del sector cultural, interesados en promover la cultura e identidad de México en el exterior, para participar en la:

### 91° JORNADA INFORMATIVA DEL IME: PROMOTORES CULTURALES

**a celebrarse en la Ciudad de México del 14 al 17 de marzo de 2012.**

## OBJETIVOS

- Fortalecer la promoción y difusión de la oferta institucional en el campo de la cultura, de manera especial los programas destinados a los connacionales que viven en la Unión Americana.

- Incentivar a los participantes a que se sumen a la promoción, difusión e implantación de los programas y servicios dirigidos a atender a la comunidad migrante, principalmente el Programa de Salas de Lectura.

## TEMAS RELEVANTES

- **El Instituto de los Mexicanos en el Exterior (IME) y la política de acercamiento de México hacia sus comunidades en América del Norte.-** Estrategia de atención y acercamiento de México hacia su diáspora, haciendo hincapié en el papel del IME y de los Consulados de México como entes de la Secretaría de Relaciones Exteriores encargados de articular este esfuerzo.

- **Intercambio Cultural en la relación México-Estados Unidos.**

- **Infraestructura cultural de México.** – Se hará una visión panorámica de las instituciones culturales de México,  INBA, CONACULTA, etc..

- **Programa Nacional Salas de Lectura.-Su proyección a Norteamérica.**

- **Identidad y Globalidad: Acciones de promoción cultural de los mexicanos en América del Norte.**

## REQUISITOS

1) Formato de inscripción.
2) Una fotografía electrónica.
3) Perfil biográfico en español con una  extensión máxima de media cuartilla.

Se adjunta el formato de inscripción para que sea llenado por los candidatos y enviado electrónicamente al IME antes del **viernes 2 de marzo** del presente año, acompañado de la documentación arriba mencionada.

La fotografía y el perfil biográfico del participante deberán enviarse también  en forma electrónica.

**Todas las candidaturas deberán contar con el aval del Consulado respectivo.**

## GASTOS

- Los **participantes** deberán cubrir el costo de su boleto de avión buscando arribar a la Ciudad de México el **miércoles 14 de marzo  y deberán partir el sábado 17 de marzo.**

- La Secretaría de Relaciones Exteriores cubrirá los gastos de hospedaje y alimentación conforme al programa de la Jornada. **La transportación aeropuerto-hotel-aeropuerto será por cuenta de los participantes.**

- Los participantes que tengan necesidad de extender su estancia o adelantar su arribo a la Ciudad de México, serán responsables de realizar y cubrir los costos generados por los cambios o adecuaciones de hospedaje y alimentación correspondientes a esos días. El Consulado deberá avisar con toda oportunidad de dichos cambios, con el fin de evitar demoras que dificulten la organización del evento.

## FECHA LÍMITE DE CONFIRMACIÓN

La fecha límite para que los Consulados envíen por correo electrónico al IME la documentación completa de sus candidatos (formato de inscripción, fotografía electrónica y perfil biográfico) es el **día  viernes 2 de marzo de 2012.**

En caso de que el Consulado no registre a sus candidatos en el periodo previsto en esta Convocatoria, el IME se reserva el derecho de asignar los lugares no cubiertos a candidatos de otros Consulados.

## GENERALES

**El número máximo de participantes en esta Jornada Informativa será de 35 (treinta y cinco) personas.**

Para mayor información sobre esta Jornada favor de comunicarse electrónicamente con la coordinadora de la misma: Atala Pérez, Directora de Educación y Cultura, aperezr@sre.gob.mx, marcando copia a: dzamora@sre.gob.mx y/o smirandas@sre.gob.mx.

Toda cuestión no prevista en estas bases será resuelta por el Instituto de los Mexicanos en el Exterior.


México, D. F. a 9 de febrero de 2012.