DANIEL G. BOGDEN
United States Attorney
District of Nevada
CHRISTINA M. BROWN
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
702-388-6336

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | CASE NO. 2:11-cr-00289-RCJ-VCF |
| vs. | ) ) ) | UNITED STATES' MOTION TO DISMISS INDICTMENT |
| CARLOS JAVIER EZETA, | ) ) | |
| Defendant. | ) ) ) | |

The United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and CHRISTINA M. BROWN, Assistant United States Attorney, requests leave to dismiss the Indictment herein pursuant to Federal Rule of Criminal Procedure 48.

In support, the United States provides as follows:

1. On November 17, 2014, Carlos Javier Ezeta ("the defendant") appeared before Magistrate Judge George Foley in Case Number 2:14-cr-00363-GWF and entered a plea of guilty pursuant to a Criminal Information charging a misdemeanor offense of Financial Aid Fraud, Aiding and Abetting, in violation of 20 USC §§1097(a) and 2.

2. As set forth in the Information and accompanying Plea Agreement executed by the parties, the facts giving rise to the defendant's guilty plea are the same as those underlying the Indictment herein.

3. On November 17, 2014, the defendant's guilty plea was accepted by the Magistrate, who sentenced the defendant to a three year term of probation. See 2:14-cr-00363-GWF, Judgment of Conviction, Doc. 7.

4. Because the facts giving rise to this matter have been finally adjudicated by the defendant's guilty plea before the magistrate, the United States respectfully requests that this Court enter an order dismissing the Indictment herein.

DATED: November 19, 2014.

Respectfully Submitted,

DANIEL G. BOGDEN,
United States Attorney

*/s Christina M. Brown*
CHRISTINA M. BROWN
Assistant United States Attorney

**CERTIFICATION OF SERVICE**

The undersigned certifies that the foregoing has been served on counsel of record by electronic case filing, this 19th day of November, 2014.

*/s Christina M. Brown*
Assistant United States Attorney

ORDER

IT IS SO ORDERED this 19th day of November, 2014.

_____
ROBERT C. JONES